United States District Court
For the First Circuit

Ricardo Sampson         (Habeas Corpus)
Petitioner              Case No:
V.
Carmen Picknally        05-10474 GAO
Assistant District Attorney
For the Commonwealth of Massachusetts
Respondent

## Notice of Appeal

Notice is hereby given that Petitioner Ricardo Sampson, pro-se, in the above case, appeals to the United States Court for the First Circuit from the final judgment entered in this action on the 10th of October, 2003

Respectfully Submitted

R Sampson
Ricardo Sampson
26 Long Pond Rd
Plymouth, Ma. 02360

Date: 03-08-05