UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RICARDO SAMPSON,**
    Petitioner

v.                                                       Civil Action No. 05-CV-10474-GAO

**CARMEN PICKNALLY**
    Respondent

**MOTION TO REQUIRE PETITIONER TO SUBMIT A PETITION IN
COMPLIANCE WITH 28 U.S.C. § 2254 RULE 2(c)**

The respondents respectfully requests that the Court require the petitioner, Ricardo Sampson, to submit a petition that complies with Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules"), including ordering him to use the form annexed to the rules. Rule 2(c) requires federal habeas petitioners to submit petitions in a prescribed form, include specific information, identify the grounds for relief, and be signed under oath. See Rule 2(c).

The petitioner in this case has not submitted his petition in the prescribed form and it is therefore impossible to respond to the "petition" in the form of an answer, see Rule 5, or other responsive pleading. The respondent therefore respectfully requests the Court order Mr. Sampson to re-submit a petition pursuant to Rule 2(c).

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General


        /s/ Susanne G. Reardon
        Susanne G. Reardon, BBO # 561669
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2832

Date: June 29, 2005


## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on Riacrdo Sampson, pro se, 26 Long Pond Road, Plymouth, MA 02360, by first class mail, postage prepaid, on June 29, 2005.


        /s/ Susanne G. Reardon
        Susanne G. Reardon, BBO # 561669
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2832