UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RICARDO SAMPSON,**
    Petitioner

v.                                                     Civil Action No. 05-CV-10474-GAO

**CARMEN PICKNALLY**
    Respondent

**MOTION TO SUBSTITUTE PROPER RESPONDENT IN
COMPLIANCE WITH 28 U.S.C. § 2254 RULE 2(a)**

The respondent respectfully requests that the Court substitute the proper respondent in this habeas corpus action. Pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules"), the petitioner should name as respondent the state officer who has custody of the petitioner. The petitioner is currently being held at the Plymouth County Correctional Facility, so the correct respondent is Joseph McDonough, who is the sheriff and superintendent of that facility. The respondent therefore respectfully requests the Court substitute Joseph McDonough in place of Carmen Picknally as the proper respondent in this case.

                                                                Respectfully submitted,

                                                                 THOMAS F. REILLY
                                                                Attorney General

June 29, 2005

                                                               /s/ Susanne G. Reardon
                                                              Susanne G. Reardon, BBO # 561669
                                                              Assistant Attorney General
                                                              Criminal Bureau
                                                              One Ashburton Place
                                                               Boston, Massachusetts 02108
                                                             (617) 727-2200, ext. 2832

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on Riacrdo Sampson, pro se, 26 Long Pond Road, Plymouth, MA 02360, by first class mail, postage prepaid, on June 29, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832