

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*
*E-mail: george.henderson2@usdoj.gov*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

June 24, 2005

Paul Lyness, Courtroom Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:   Ricardo Sampson v. Carmen Picknally,
            Civil Action No. 05-10474-GAO

Dear Mr. Lyness:

    The enclosed Order and Petition for habeas corpus was sent to the Civil Division of this office and to attorney Frank Crowley of the Immigration and Customs Enforcement, Department of Homeland Security. The Order instructs the Clerk to serve a copy of the Petition on the United States Attorney General and the United States Attorney, and directs that the Respondent respond within 20 days of receipt.

    This is a petition brought under 28 U.S.C. § 2254 by a prisoner in state custody pursuant to a judgment of a Massachusetts Superior Court, in which the petitioner challenges the legality of his state conviction. The Respondent is an Assistant District Attorney for the Commonwealth of Massachusetts. Neither this office nor the Department of Homeland Security has an interest in this case.

Paul Lyness, Courtroom Clerk
June 24, 2005
Page 2

    As it appears that the Petition and Order were sent to the federal offices in error, I am returning the papers to you.

                        Sincerely,

                        George B. Henderson, II
                        Deputy Chief, Civil Division

enc.