# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 RICARDO SAMPSON
                    Plaintiff(s)


            v.                          CIVIL ACTION NO.  05-10474-GAO


 CARMEN PICKNALLY
                    Defendant(s)


## JUDGMENT IN A CIVIL CASE

 O'TOOLE        , D.J.


☐      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
       and the jury has rendered its verdict.


X      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
       been tried or heard and a decision has been rendered.

       **IT IS  ORDERED AND ADJUDGED**

       The motion to Dismiss Habeas Corpus Petition due to Petitioner's Deportation( # 11) is
ALLOWED.  As the petitioner no longer wants to pursue this action, the case is dismissed in its entirety.


                                        SARAH A. THORNTON,
                                        CLERK OF COURT


Dated: 11/30/05                         By   Paul Lyness
                                                Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)